United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Edward Childress, Petitioner, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-20269-Civ-Scola |
| Florida Department of Corrections | ) |
| and Florida Attorney General, | ) |
| Respondents. | ) |

### Order Adopting Magistrate Judge's Report And Recommendation

The Court vacated its previous order adopting the Magistrate Judge's report and recommendation in this case, based upon the Petitioner's request to file his objections. (*See* ECF No. 21.) Despite being granted an extension of time until May 29, 2018 to file objections, to date, the Petitioner has failed to file any objections, and the time to do so has passed. On April 2, 2018, Judge White issued a report, recommending that the Court deny the petition for writ of habeas corpus and dismiss the case. (R. & R., ECF No. 17.)

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 17**). The Court **denies** the petition for writ of habeas corpus (**ECF No. 1**), and the Court **denies** a certificate of appealability. Finally, the Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** at Miami, Florida, on June 12, 2018.

Robert N. Scola, Jr.
United States District Judge